KATHRYN ROSS (CSBN 171100)
Kathryn Ross Law
803 Hearst Avenue
Berkeley, CA 94710
510-210-8898
katie@kathrynrosslaw.com

Attorney for Omar Ali

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | **Case No.:** CR 25-0241 AMO |
| Plaintiff, | |
| v. | **STIPULATED [~~PROPOSED~~] ORDER CONTINUING HEARING** |
| ABDULKADIR ALI, HUSSEIN ALI, OMAR ALI, AHMED ALI, MAZEN HASSAN, YUSUF ALI, ABUBAKAR ALI, AND ABDIRAHMAN MAHAMED, | |
| Defendants. | |

The Defendants in the above-entitled case are charged in a nine-count indictment alleging conspiracy to commit wire fraud, wire fraud, and aiding and abetting. Each defendant is out-of-custody on pretrial release. All defendants reside outside of the Northern District of California: most of the defendants live out-of-state.

The parties report significant progress since the last stipulation. Dkt. 97.  The government and defense counsel are engaged in meaningful negotiations and need additional time to finalize the process.

As a result of the above issues, the parties agree that additional time is necessary. In light of the current status of the case, the parties  stipulate and agree  to vacate the status appearance currently scheduled for June 1, 2026, and continue to June 29, 2026.

The parties  further stipulate and agree that good cause exists  for the exclusion of time under the Speedy Trial Act from June 1, 2026 through June 29, 2026, to permit the effective preparation of

1

defense counsel, and that the ends of justice are served by a continuance which outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. §3161(h)(7)(A), and that failure to grant a continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv).

IT IS SO STIPULATED

Dated: May 25, 2026

CRAIG MISSAKIAN
United States Attorney
Northern District of California

_____/s_____

EVAN MATEER
Assistant United States Attorney

Dated: May 25, 2026

AMY CRAIG
Ehrlich & Craig LLP

_____/s_____

Counsel for Abdulkadir Mohamed Ali

Dated: May 25, 2026

TIMOTHY CRUDO
Coblentz Patch Duffy & Pass LLP

_____/s_____

Counsel for Ahmed Mohamed Ali

Dated: May 25, 2026

GAIL SHIFMAN
Law Office of Gail Shifman

_____/s_____

Counsel for Hussain Mohamed Ali

Dated: May 25, 2026

KATHRYN ROSS
Kathryn Ross Law

_____/s_____

Counsel for Omar Mohamed Ali

2

STIPULATED [PROPOSED] ORDER CONT. HEARING
*ABUBAKAR ALI*, CR 25-0241 AMO

Dated: May 25, 2026                     SHAFFY MOEEL
                                        Moeel Law


                                        ___/s_____
                                        Counsel for Omar Mohamed Ali


Dated: May 25, 2026                     DAVID RIZK
                                        Rizk Shearer LLP

                                        ___/s_____
                                        Counsel for Abdirahman Abdalla Mahamed


Dated: May 25, 2026                     STEVEN KALAR
                                        Kalar Law Office

                                        ___/s_____
                                        Counsel for Abubakar Mohamed Ali


Dated: May 25, 2026                     JODI LINKER
                                        Federal Defender
                                        Northern District of California


                                        ___/s_____
                                        JOYCE LEAVITT
                                        Counsel for Yusuf Mohamed Ali


## [PROPOSED] ORDER

Based upon the facts set forth in the stipulation of the parties and for good cause shown, the Court continues the hearing from June 1, 2026, to June 29, 2026, for a status hearing.

The Court finds that failing to exclude the time from June 1, 2026, through June 29, 2026, would unreasonably deny defense counsel and the defendants the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. §3161(h)(7)(B)(iv). The Court

STIPULATED [PROPOSED] ORDER CONT. HEARING
*ABUBAKAR ALI*, CR 25-0241 AMO

further finds that the ends of justice served by excluding the time from June 1, 2026, through June 29, 2026, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendants in a speedy trial. Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from June 1, 2026, through June 29, 2026,  shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. §3161(h)(7)(A), (B)(iv).

IT IS SO ORDERED.

Dated:        5/26/2026

_____
ARACELI MARTÍNEZ-OLGUÍN
United States District Judge

STIPULATED [PROPOSED] ORDER CONT. HEARING
*ABUBAKAR ALI*, CR 25-0241 AMO