TIMOTHY P. CRUDO (State Bar No. 143835)
CHRISTA L. HYAMS-MILLARD (State Bar No. 341153)
COBLENTZ PATCH DUFFY & BASS LLP
One Montgomery Street, Suite 3000
San Francisco, California 94104-5500
Telephone: 415.391.4800
Facsimile: 415.989.1663
Email:    ef-tpc@cpdb.com
          ef-clh@coblentzlaw.com

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ABDULKADIR ALI, HUSSEIN ALI, OMAR ALI, AHMED ALI, MAZEN HASSAN, YUSUF ALI, ABUBAKAR ALI, AND ABDIRAHMAN MAHAMED,<br><br>Defendants. | Case No. 4:25-CR-241-AMO<br><br>**STIPULATED [~~PROPOSED~~] ORDER CONTINUING HEARING** |

The Defendants in the above-entitled case are charged in a nine-count indictment alleging conspiracy to commit wire fraud, wire fraud, and aiding and abetting. Each defendant is out-of-custody on pretrial release. All defendants reside outside of the Northern District of California, and most of the defendants live out-of-state.

The parties continue to make substantial progress in reaching a resolution. *See* Dkt. 102, 103. The government and defense counsel are engaged in meaningful negotiations and need additional time to complete the process and obtain approvals as appropriate.

As a result of the above issues, the parties agree that additional time is necessary. In light of the current status of the case and the schedules of counsel and the Court, the parties stipulate

/ / /

021061.0001 4897-1716-1397.1                                          Case No. 4:25-CR-241-AMO

STIPULATED [~~PROPOSED~~] ORDER CONTINUING HEARING

COBLENTZ PATCH DUFFY & BASS LLP
One Montgomery Street, Suite 3000, San Francisco, California 94104-5500
415.391.4800 · Fax 415.989.1663

Coblentz Patch Duffy & Bass LLP
One Montgomery Street, Suite 3000, San Francisco, California 94104-5500
415.391.4800 · Fax 415.989.1663

and agree that the status appearance currently scheduled for June 29, 2026, should be vacated and continued to August 17, 2026.

The parties further stipulate and agree that good cause exists for the exclusion of time under the Speedy Trial Act from June 29, 2026, through and including August 17, 2026, to permit the effective preparation of defense counsel; that the ends of justice are served by a continuance; that that continuance outweighs the best interest of the public and the defendants in a speedy trial, 18 U.S.C. § 3161(h)(7)(A), and; that failure to grant a continuance would unreasonably deny the defendants time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).

IT IS SO STIPULATED.

DATED:  June 17, 2026                CRAIG H. MISSAKIAN
                                     United States Attorney

                                     By:  _____/s/ Evan Mateer_____
                                          Evan Mateer
                                          Assistant United States Attorney

DATED:  June 17, 2026                TIMOTHY CRUDO
                                     Coblentz Patch Duffy & Bass LLP

                                     By:  _____/s/ Timothy P. Crudo_____
                                          Timothy P. Crudo
                                          Attorney for Ahmed Mohamed Ali

DATED:  June 17, 2026                AMY CRAIG
                                     Ehrlich & Craig LLP

                                     By:  _____/s/ Amy Craig_____
                                          Amy Craig
                                          Counsel for Abdulkadir Mohamed Ali

DATED:  June 17, 2026                GAIL SHIFMAN
                                     Law Office of Gail Shifman

                                     By:  _____/s/ Gail Shifman_____
                                          Gail Shifman
                                          Counsel for Hussain Mohamed Ali

DATED:  June 17, 2026           KATHRYN ROSS
                                Kathryn Ross Law

                                By:   _/s/ Kathryn Ross_____
                                      Kathryn Ross
                                      Counsel for Omar Mohamed Ali

DATED:  June 17, 2026           SHAFFY MOEEL
                                Law Office of Shaffy Moeel

                                By:   _/s/ Shaffy Moeel_____
                                      Shaffy Moeel
                                      Counsel for Mazen Hassan

DATED:  June 17, 2026           DAVID RIZK
                                Rizk Shearer LLP

                                By:   _/s/ David Rizk_____
                                      David Rizk
                                      Counsel for Abdirahman Abdalla Mahamed

DATED:  June 17, 2026           STEVEN KALAR
                                Kalar Law Office

                                By:   _/s/ Steven Kalar_____
                                      Steven Kalar
                                      Counsel for Abubakar Mohamed Ali

DATED:  June 17, 2026           JODI LINKER
                                Federal Defender
                                Northern District of California

                                By:   _/s/ Joyce Leavitt_____
                                      Joyce Leavitt
                                      Counsel for Yusuf Mohamed Ali

COBLENTZ PATCH DUFFY & BASS LLP
One Montgomery Street, Suite 3000, San Francisco, California 94104-5500
415.391.4800 · Fax 415.989.1663

3                                          Case No. 4:25-CR-241-AMO
STIPULATED [PROPOSED] ORDER CONTINUING HEARING

COBLENTZ PATCH DUFFY & BASS LLP
ONE MONTGOMERY STREET, SUITE 3000, SAN FRANCISCO, CALIFORNIA 94104-5500
415.391.4800 · FAX 415.989.1663

# [~~PROPOSED~~] ORDER

Based upon the facts set forth in the stipulation of the parties and for good cause shown, the Court continues the status hearing currently scheduled for June 29, 2026, to August 17, 2026.

The Court finds that failing to exclude the time from June 29, 2026, through August 17, 2026, would unreasonably deny defense counsel and the defendants the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice are served by excluding the time from June 29, 2026 through and including August 17, 2026, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendants in a speedy trial. Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from June 29, 2026, through and including August 17, 2026, shall be excluded from computation under the Speedy Trial Act.  18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO ORDERED.

Dated:    6/22/2026

_____
ARACELI MARTÍNEZ-OLGUÍN
United States District Judge
NORTHERN DISTRICT OF CALIFORNIA

STIPULATED [~~PROPOSED~~] ORDER CONTINUING HEARING